AO 91 (Rev. 11/11) Criminal Complaint       AUSA Paige A. Nutini (312) 697-4071

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER PORTER

CASE NUMBER: **21 CR 87**


MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about February 4, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | by force and violence, and by intimidation, took from the person and presence of a bank employee United States currency belonging to and in the care, custody, control, management, and possession of Fifth Third Bank, located at 3957 W. 26th Street, Chicago, Illinois, the deposits of which are insured by the Federal Deposit Insurance Corporation. |

This criminal complaint is based upon these facts:

_X_ Continued on the attached sheet.

RANDAL HANSEN
Task Force Officer, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: February 5, 2021

_Judge's signature_

City and state: Chicago, Illinois

MARIA VALDEZ, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, RANDAL HANSEN, being duly sworn, state as follows:

1. I am a special agent with the Illinois State Police, and have been employed by ISP since approximately 2013. I am also assigned as a Task Force Officer with the Federal Bureau of Investigation, and have been so assigned since approximately March 2020. In my role as a TFO, I am currently assigned to the FBI's Violent Crimes Task Force, which investigates violent crimes such as bank robberies, kidnappings, violations of the Hobbs Act, and federal firearms violations.

2. This affidavit is submitted in support of:

   a. a criminal complaint alleging that CHRISTOPHER PORTER has violated Title 18, United States Code, Section 2113(a); and

   b. a search warrant to search the silver 2007 Ford Explorer bearing VIN# 1FMEU73E77UA72063, and registered to and used by PORTER and further described in Attachment A (the "**Subject Vehicle**"), for evidence, instrumentalities, fruits, and contraband, further described in Attachment B.

3. This affidavit is based upon my personal knowledge, information provided to me by other law enforcement officers, and records obtained from multiple sources.

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging PORTER

with bank robbery and a search warrant for the **Subject Vehicle**, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint and that evidence, instrumentalities, fruits, and contraband related to the offense of bank robbery are located within the **Subject Vehicle**.

## FACTS SUPPORTING PROBABLE CAUSE

### *Background of the Investigation*

5. The FBI is investigating a string of bank robberies that occurred within the Northern District of Illinois between on or about November 13, 2020 and February 4, 2021. Based on the information summarized below, the FBI believes that at least three of the robberies—occurring on November 13, 2020, December 22, 2020, and February 4, 2021—were committed by PORTER.

6. The FBI believes that the same offender is responsible for these robberies because: (1) the physical description of the bank robbers provided by victims and witnesses was similar; (2) the surveillance videos from the banks shows that the robbers have similar physical characteristics; (3) the bank robbers followed the same modus operandi when executing the crime—which included entering the bank wearing a hat/hood and facial mask, giving a bag to the victim teller while displaying what appeared to be a firearm, pointing the firearm at the victim teller and/or victim customers, and engaging in consistent verbal dialogue with the victims; and (4) the bank robber appeared to used the **Subject Vehicle** to commit the robberies.

7. Specifically regarding the **Subject Vehicle**:

a. Following the bank robbery on November 13, 2020, the FBI obtained surveillance footage from a nearby office building showing that the bank robber arrived and departed the bank's location in a silver Ford Explorer with no license plate;

b. Following the bank robbery on December 22, 2020, the FBI obtained eye witness accounts and surveillance footage from private residences, business residences, and police observation device cameras revealing that the bank robber departed the bank's location in a silver Ford Explorer with the license plate removed, and that he later re-applied an Indiana license plate bearing the number 117DHE.

c. According to records received from the Illinois Secretary of State, the silver 2007 Ford Explorer bearing VIN# 1FMEU73E77UA72063 and Indiana license plate 117DHE (which is the **Subject Vehicle**), is registered to CHRISTOPHER PORTER.

d. Following the bank robbery on February 4, 2021, the FBI obtained police observation device (POD) camera footage revealing that the **Subject Vehicle** was in the vicinity of the bank at the time of the robbery.

*February 4, 2021 Fifth Third Bank Robbery*

8. According to bank surveillance footage and information provided by witnesses, on or about February 4, 2021, at approximately 5:01 p.m., the Fifth Third Bank, located at 3957 W. 26th Street, Chicago, Illinois, was robbed by a black male,

3

later identified as PORTER. After obtaining approximately $5,181, the robber fled the scene. The FBI responded to the bank robbery.

9. According to a victim teller at Fifth Third Bank (Victim Teller A), he/she was working at a teller station and assisting a customer (Victim Customer A) when he/she observed a black male enter the bank. According to Victim Teller A, the robber approached his/her teller station, demanded that he/she put $20,000 in a bag, and then grabbed Victim Customer A in a headlock and held a gun to his/her head. Victim Teller A took all the money from his/her drawer and put it in the robber's bag. According to Victim Teller A, the robber then repeatedly yelled at Victim Teller A demanding more money and told him/her to not call the police or Victim Customer A would be shot. According to Victim Teller A, the robber kept waving the gun and pointing it at both Victim Customer A and Victim Teller A. Eventually, after pounding on the plastic barrier at the teller counter, demanding more money, and shoving Victim Customer A out of his way and onto the ground, the robber left with the bag of money.

10. Victim Teller A described the robber as a black male, approximately 40 years of age, approximately 200-220 pounds with a medium/solid build, approximately 6'0" or taller, holding a black firearm, carrying a black bag, and wearing a black beanie, dark colored Chicago Bears face mask, black coat, and faded gray/black or distressed jeans.

11. According to Victim Customer A, he/she was at the teller counter seeking assistance when he/she saw a black male enter the bank holding a dark

4

colored paper bag. According to Victim Customer A, moments later, he/she felt the robber put an arm around his/her neck and into a headlock. Victim Customer A then felt a gun pointed at his head and heard the robber shout several times that he was going to kill Victim Customer A if the Victim Teller A did not give him money. According to Victim Customer A, the robber alternated pointing the gun at his/her head and at Victim Teller A's head. According to Victim Customer A, the robber put the bag he had been carrying on the teller counter and demanded $100 bills. After Victim Teller A put money from his/her drawer into the bag, the robber appeared agitated and said something to the effect of "give me more money." According to Victim Customer A, the robber then pushed him/her against the wall and continued to point the gun at his/her head before eventually grabbing the bag of money off the counter and departing the bank.

12. Victim Customer A described the robber as a black male, approximately 55 years of age, with a medium build, approximately 6'2", holding a black firearm, and carrying a brown or black paper bag similar to those used at shoe stores.

13. The FBI obtained video surveillance footage from Fifth Third Bank that captured the robbery. The video surveillance footage depicts a black male with a medium or stocky build, wearing a black hat, dark jacket, grey jeans, tan shoes, and a Chicago Bears face mask. Below are still images of the robber, including an image of him brandishing what appears to be a firearm and pointing it at Victim Teller A and Victim Customer A:



14. The FBI also obtained POD surveillance footage of the area surrounding the Fifth Third Bank, which captures a black male wearing clothing consistent with that of the robber enter the bank at approximately 5:00 p.m. At approximately 5:03

6

p.m., the robber exits the bank and travels eastbound on W. 26th Street before appearing to turn southbound on S. Harding Avenue.

15. According to a bank audit, the total loss as a result of the robbery was approximately $5,181 in U.S. currency.

16. A law enforcement agent has obtained the Federal Deposit Insurance Corporation (FDIC) certificate for the bank, confirming that its deposits were insured by the FDIC at the time of the bank robbery.

### *The Arrest of PORTER*

17. As explained above, the **Subject Vehicle** is registered to PORTER.

18. Following the February 4, 2021 bank robbery, the FBI located the **Subject Vehicle** at approximately 5:30 p.m., parked at 1314 W. 15th Street, an apartment complex located approximately 4.2 miles from the location of the bank robbery.

19. The FBI established surveillance of the **Subject Vehicle**. At approximately 6:18 p.m., PORTER exited the apartment complex and walked toward the **Subject Vehicle**. PORTER was wearing what appeared to be the same grey pants, dark jacket, and tan shoes as the bank robber. Based on a review of the security footage from Fifth Third Bank, PORTER matches the general appearance of the bank robber.

20. The FBI then approached PORTER and placed him under arrest. The FBI searched PORTER incident to arrest and discovered approximately $4,824 in U.S. currency his pockets. Additionally, the FBI observed inside the **Subject Vehicle**

in plain view on the front passenger seat a dark colored Chicago Bears face mask similar to the one worn by the bank robber. The FBI asked PORTER for consent to search his vehicle and he refused.

21. The **Subject Vehicle** was then towed to the FBI at 2111 West Roosevelt Road in Chicago, where it has remained in substantially the same condition since PORTER's arrest.

22. A review of POD cameras confirms that the **Subject Vehicle** was located in the vicinity of the Fifth Third Bank at the time of the robbery. Specifically, POD cameras captured the **Subject Vehicle** traveling eastbound on W. 27th Street at the intersection with S. Ridgeway Avenue—located approximately .4 miles from the bank—at approximately 5:06:35 p.m. At approximately 5:06:59 p.m., POD cameras captured the **Subject Vehicle** turn left on S. Lawndale Avenue, traveling in the direction of where the **Subject Vehicle** ultimately parked at 1314 W. 15th Street.

## II. CONCLUSION

23. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, on or about February 4, 2021, CHRISTOPHER PORTER, by force and violence, and by intimidation, did take United States Currency belonging to and in the care, custody, control, management, and possession of the Fifth Third Bank, located at 3957 W. 26th Street, Chicago, Illinois, the deposits of which were insured by the Federal Deposit Corporation, in violation of Title 18, United States Code, Section 2113(a), and there is probable cause to search the **Subject Vehicle** for evidence, instrumentalities, fruits, and contraband related to the offense of bank robbery.

FURTHER AFFIANT SAYETH NOT.

RANDAL HANSEN
Task Force Officer, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone February 5, 2021.

Honorable MARIA VALDEZ
United States Magistrate Judge

9