FILED
3/4/2021 MO
THOMAS G. BRUTON
CLERK, U.S. DISTRICT CO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER PORTER | **1:21-CR-00087**<br><br>Violations: Title 18, United States Code, Sections 2113(a) and 924(c)<br><br>JUDGE COLEMAN<br>MAGISTRATE JUDGE VALDEZ |

### COUNT ONE

The SPECIAL JANUARY 2020 GRAND JURY charges:

On or about November 13, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER PORTER,

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $2,202 in United States currency belonging to, and in the care, custody, control, management, and possession of the Citibank, 9449 South Western Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about December 22, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER PORTER,

defendant herein, by force and violence, and by intimidation, took from the person and presence of a bank employee approximately $4,000 in United States currency belonging to, and in the care, custody, control, management, and possession of the Chase Bank, 5134 North Clark Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about December 22, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER PORTER,

did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, bank robbery, in violation of Title 18, United States Code, Section 2113(a), as more fully set forth in Count Two of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FOUR

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about February 4, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER PORTER,

defendant herein, by force and violence, and by intimidation, took from the person and presence of a bank employee approximately $5,181 in United States currency belonging to, and in the care, custody, control, management, and possession of the Fifth Third Bank, 3957 W. 26th Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2020 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 2113(a), as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to:

    a. a personal money judgment in the amount of approximately $11,383.

3. If any of the property described above, as a result of any act or omission by the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
signed by Matthew F. Madden on behalf of the
UNITED STATES ATTORNEY