UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No 21 CR 87 |
| | ) |
| CHRISTOPHER PORTER | ) Honorable Sharon Johnson Coleman |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been assigned in the above captioned case.

          Respectfully submitted,

          JOHN R. LAUSCH, JR.
          United States Attorney

By:   /s/ *Mary C. Nicholson*
      MARY C. NICHOLSON
      Special Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604